**CURIS LAW, PLLC**
52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

June 3, 2025

**VIA ECF**

U.S. Court of Appeals Clerk for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    Docket No. 25-986; *Doe v. Combs*
               **Briefing Schedule Request**

Dear Sir or Madam:

    Appellant respectfully requests that the deadline for Appellant's Brief in the above-referenced matter be set for **August 6, 2025** pursuant to Local Rule 31.2(a)(1)(A).

                                                Respectfully,

                                               *Antigone Curis*
                                               Antigone Curis

cc:    Counsel of Record
       (via ECF)