UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand twenty-five.

| | |
|---|---|
| John Doe, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 25-986 |
| v. | |
| Sean Combs, Daddy's House Recordings, Inc., CE OPCO, LLC, DBA Combs Global, FKA Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boys Productions Holdings, Inc., Bad Boy Books Holdings , Inc., Bad Boy Entertainment, LLC, Bad Boy Productions LLC, Organizational Does 1−10, | |
| Defendants – Appellees. | |

Professor Eugene Volokh moves for leave to file an amicus curiae brief in support of Appellees and in support of affirmance.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court